```
 1  ROBERT E. PALMER, SBN 116892
        RPalmer@gibsondunn.com
 2  MARK E. WEBER, SBN 120386
        MWeber@gibsondunn.com
 3  KELLY A. ROOSEVELT, SBN 222969                    JS-6
        KARoosevelt@gibsondunn.com
 4  ERICH D. SCHIEFELBINE, SBN 229145
        ESchiefelbine@gibsondunn.com
 5  GIBSON, DUNN & CRUTCHER LLP
    3161 Michelson Drive
 6  Irvine, California  92612
    Telephone: (949) 451-3800
 7  Facsimile: (949) 451-4220

 8  Attorneys for Defendants THE FIRST AMERICAN
    CORPORATION, FIRST AMERICAN CORELOGIC
 9  HOLDINGS, INC. (as successor in interest to FIRST
    AMERICAN REAL ESTATE SOLUTIONS L.P.), and
10  FIRST AMERICAN REAL ESTATE SOLUTIONS, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VEROS SOFTWARE, INC., a California Corporation, both in its individual capacity and derivatively on behalf of Real Party-In-Interest VEROS REAL ESTATE SOLUTIONS, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST AMERICAN CORPORATION, a California Corporation, FIRST AMERICAN CORELOGIC HOLDINGS, INC. (as successor in interest to FIRST AMERICAN REAL ESTATE SOLUTIONS, L.P., a Delaware Limited Partnership); FIRST AMERICAN REAL ESTATE SOLUTIONS, LLC, a California Limited Liability Company, and VEROS REAL ESTATE SOLUTIONS, LLC, a Delaware Limited Liability Company (Nominal Defendant), <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | CASE NO. SACV 06-01130 JVS (ANx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** <br><br> **[Stipulation filed concurrently herewith]** <br><br> Action Filed:  November 21, 2006 <br> Second Amended Complaint filed: February 27, 2008 <br> Trial Date:  July 7, 2009 |

Gibson, Dunn &
Crutcher LLP

1  Having considered the parties' Joint Stipulation for Dismissal of Action With
2  Prejudice Pursuant to Federal Rule of Civil Procedure 41, including the parties
3  representation therein that the settlement is fair and reasonable to Veros RES and that
4  no further notice of the settlement is required, IT IS HEREBY ORDERED, for good
5  cause shown, that this action, including all claims raised in the complaint and the
6  related counterclaim, is dismissed with prejudice, and each party shall bear its own
7  attorneys' fees and costs.

8  IT IS SO ORDERED.

9  Date: November 07, 2008

    _____
    THE HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE

100539778_1.DOC

Gibson, Dunn & Crutcher LLP

1

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2008, I electronically filed the **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Maxwell M. Blecher:  mblecher@blechercollins.com

Donald R. Pepperman:  dpepperman@blechercollins.com

Ernest C. Chen:  ecc460903@aol.com

Joseph P. Busch:  jbusch@gibsondunn.com, ncommerdinger@gibsondunn.com

Robert E. Palmer:  rpalmer@gibsondunn.com, ecastillo@gibsondunn.com

James R. Noblin:  rnoblin@blechercollins.com

Kelly A. Roosevelt:  karoosevelt@gibsondunn.com, mpeck@gibsondunn.com

Erich D. Schiefelbine:  eschiefelbine@gibsondunn.com, tstephens@gibsondunn.com

Todd Christopher Bouton:  tcb@paynefears.com, ir.courtnotices@paynefears.com, gsquitieri@paynefears.com

Anne Ayako Uyeda:  auyeda@gibsondunn.com, ecastillo@gibsondunn.com

            GIBSON, DUNN & CRUTCHER LLP

            By:     /s/Robert E. Palmer
                      Robert E. Palmer

Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN CORELOGIC HOLDINGS, INC. (as successor in interest to FIRST AMERICAN REAL ESTATE SOLUTIONS L.P.), and FIRST AMERICAN REAL ESTATE SOLUTIONS, LLC